IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAPID RECOVERY, INC.,<br><br>                  Plaintiff,<br><br>  vs.<br><br>CORI FREISCHLAG and SYMKA, INC.,<br><br>                  Defendants.<br><br>SYMKA, INC.,<br><br>                  Third-Party Plaintiff,<br><br>  vs.<br><br>RAPID RECOVERY, INC., and DARIN APPLEBURY,<br><br>                  Third-Party Defendants. | No. 3:10-cv-0282-HRH |

O R D E R

<u>Case Dismissed</u>

In response to the court's case status order of September 5, 2014,[1] the court is advised by plaintiff that this case should be dismissed without prejudice.[2]

In consideration of the foregoing, this case is now dismissed without prejudice as to SYMKA, Inc., in its role as defendant and third-party plaintiff. The case is now closed.

DATED at Anchorage, Alaska, this <u>8th</u> day of September, 2014.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1] Docket No. 47.

[2] Docket No. 48.